UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT HOUNIHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SHIRK,<br><br>    Defendants. | No. 1:24-cv-00198-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

Plaintiff Jason Scott Hounihan is a former county jail inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 16, 2024, the assigned magistrate judge screened the complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim for relief. Doc. 7. Plaintiff was granted leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days. *Id.* Plaintiff was warned that failure to comply with the court's order would result in a recommendation for dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim. *Id.* Plaintiff did not file an amended complaint or otherwise communicate with the court.

Thereafter, on October 1, 2024, the magistrate judge issued findings and

1

1 recommendations, recommending dismissal of this action, with prejudice, for failure to state a
2 claim pursuant to 28 U.S.C. § 1915A, failure to obey a court order, and failure to prosecute.
3 Doc. 9.  The findings and recommendations were served on plaintiff and contained notice that any
4 objections thereto were to be filed within fourteen days after service.  *Id.* at 6-7.  Plaintiff has not
5 filed objections to the findings and recommendations or otherwise communicated with the court.

In accordance with 28 U.S.C. § 636 (b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court ORDERS that:

1. The findings and recommendations issued on October 1, 2024, Doc. 9, are ADOPTED IN FULL;
2. This action is DISMISSED, with prejudice, for plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 3, 2024

UNITED STATES DISTRICT JUDGE